1  JEROME N. LERCH (CSB #48194)
   DEBRA STEEL STURMER (CSB #105276)
2  LERCH STURMER LLP
3  333 Bush Street, Ste. 2020
   San Francisco, California 94104
4  Telephone:    (415) 217-6340
   Facsimile:    (415) 217-2782
5
6  Attorneys for Defendant Silicon Valley Law Group

7
   MICHAEL S. DEVORKIN (*pro hac vice*)
8  JACQUELINE G. VEIT (*pro hac vice*)
   ALLYSON ALBERT (*pro hac vice*)
9  GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
10 437 Madison Avenue
   New York, New York 10022
11 Telephone: 212-907-7300
   Facsimile: 212-754-0330
12 Email: mdevorkin@golenbock.com
   Email: jveit@golenbock.com
13 Email: aalbert@golenbock.com
14
   Attorneys for the Plaintiff,
15 Gerard A. McHale, Jr., P.A., Liquidation Trustee

16
                    UNITED STATES DISTRICT COURT
17
       FOR THE NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
18

19 | GERARD A. MCHALE, Jr., P.A., as          | Case No. CV 10-04864-JW
20 | Liquidation Trustee for the 1031 Debtors |
   | Liquidation Trust,                       |
21 |                                          |
   |        Plaintiff,                        |
22 |                                          |
23 |     v.                                   |
   |                                          |
24 | SILICON VALLEY LAW GROUP, a              |
   | professional corporation,                |
25 |                                          |
   |        Defendant.                        |
26

27              **STIPULATION AND ~~PROPOSED~~ ORDER**
28

[Stamp: IT IS SO ORDERED / Judge James Ware / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

McHale v. Silicon Valley Law Group
1189943.1

**THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. Plaintiff Gerard A. McHale, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust (the "Trustee"), will have an additional 10 pages for its brief in opposition to Defendants Silicon Valley Law Group's Motion of Summary Judgment or, in the alternative, Partial Summary Judgment (the "Motion"), allowing the Trustee up to 35 pages for its brief in opposition to the Motion.

2. Defendant Silicon Valley Law Group, will have an additional 4 pages for its reply brief to the Trustee's Opposition to the Motion, allowing SVLG up to 19 pages for its reply brief.

DATED: October 20, 2011

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP

By:   /s/ Michael S. Devorkin

Michael S. Devorkin, Esq. (*pro hac vice*)
Jacqueline G. Veit, Esq. (*pro hac vice*)
Allyson R. Albert, Esq. (*pro hac vice*)
Attorneys for Plaintiff Gerard A. McHale, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust

DATED: October 20, 2011

LERCH STURMER LLP

By:   /s/ Debra Steel Sturmer

Jerome N. Lerch, Esq.
Debra Steel Sturmer, Esq.
Attorneys for Defendant Silicon Valley Law Group

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: October 25, 2011

_____
HON. JAMES WARE

McHale v. Silicon Valley Law Group
1189943.1