IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gerard A. McHale, Jr., | NO. C 10-04864 JW |
| Plaintiff, | **ORDER CONTINUING PRETRIAL CONFERENCE** |
| v. | |
| Silicon Valley Law Group, | |
| Defendant. | |

This case is scheduled for a Pretrial Conference on October 31, 2011. In addition, this case is scheduled for a hearing on two Motions on November 21, 2011: (1) Plaintiff's Motion to File an Amended Complaint;[1] and (2) Defendant's Motion for Summary Judgment.[2]

Upon review, the Court finds good cause to continue the Pretrial Conference to coincide with the hearing on the pending Motions. Accordingly, the Court CONTINUES the Pretrial Conference to **November 21, 2011 at 11 a.m.** On or before **November 10, 2011**, the parties shall submit a revised Preliminary Pretrial Conference statement.

Dated: October 26, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Notice of Motion for Plaintiff Trustee to File a First Amended Complaint; Trustee's Memorandum of Points and Authorities in Support of Motion, Docket Item No. 60.)

[2] (Defendant Silicon Valley Law Group's Notice of Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, Docket Item No. 52.)

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Allyson G Albert aalbert@golenbock.com
Brett Alan Broge bbroge@lerchsturmer.com
3 Christopher Ashworth ca@svlg.com
Debra Steel Sturmer Dsturmer@lerchsturmer.com
4 Jacqueline G Veit jveit@golenbock.com
Jerome Nathan Lerch jlerch@lerchsturmer.com
5 Michael S Devorkin mdevorkin@golenbock.com
Nils Rosenquest nrosenquest@earthlink.net
6

7 **Dated: October 26, 2011**            **Richard W. Wieking, Clerk**

8
                                         **By:   /s/ JW Chambers**
9                                              **Susan Imbriani**
                                               **Courtroom Deputy**