**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SAN FRANCISCO DIVISION

10   Gerard A. McHale, Jr.,                          NO. C 10-04864 JW

11          Plaintiff,                        **ORDER CONTINUING PRETRIAL CONFERENCE**
         v.
12
     Silicon Valley Law Group,
13
            Defendant.
14                                        /

15       This case is scheduled for a Pretrial Conference on October 31, 2011.  In addition, this case

16   is scheduled for a hearing on two Motions on November 21, 2011: (1) Plaintiff's Motion to File an

17   Amended Complaint;[1] and (2) Defendant's Motion for Summary Judgment.[2]

18       Upon review, the Court finds good cause to continue the Pretrial Conference to coincide with

19   the hearing on the pending Motions.  Accordingly, the Court CONTINUES the Pretrial Conference

20   to **November 21, 2011 at 11 a.m.**  On or before **November 10, 2011**, the parties shall submit a

21   revised Preliminary Pretrial Conference statement.

22

23   Dated:  October 26, 2011

24                                          JAMES WARE
                                          United States District Chief Judge
25

26       [1] (Notice of Motion for Plaintiff Trustee to File a First Amended Complaint; Trustee's
     Memorandum of Points and Authorities in Support of Motion, Docket Item No. 60.)
27

28       [2] (Defendant Silicon Valley Law Group's Notice of Motion for Summary Judgment or, in
     the Alternative, Partial Summary Judgment, Docket Item No. 52.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allyson G Albert aalbert@golenbock.com
Brett Alan Broge bbroge@lerchsturmer.com
Christopher Ashworth ca@svlg.com
Debra Steel Sturmer Dsturmer@lerchsturmer.com
Jacqueline G Veit jveit@golenbock.com
Jerome Nathan Lerch jlerch@lerchsturmer.com
Michael S Devorkin mdevorkin@golenbock.com
Nils Rosenquest nrosenquest@earthlink.net

**Dated:  October 26, 2011**                    **Richard W. Wieking, Clerk**


                                             **By:    /s/ JW Chambers**
                                                  **Susan Imbriani**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California