1  JEROME N. LERCH (CSB #48194)
   DEBRA STEEL STURMER (CSB #105276)
2  LERCH STURMER LLP
   333 Bush Street, Ste. 2020
3  San Francisco, California 94104
4  Telephone:    (415) 217-6340
   Facsimile:    (415) 217-2782
5
6  Attorneys for Defendant Silicon Valley Law Group

7
   MICHAEL S. DEVORKIN (*pro hac vice*)
8  JACQUELINE G. VEIT (*pro hac vice*)
   GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
9  437 Madison Avenue
10 New York, New York 10022
   Telephone: 212-907-7300
11 Facsimile:  212-754-0330
   Email: mdevorkin@golenbock.com
12 Email: jveit@golenbock.com
13
   Attorneys for the Plaintiff,
14 Gerard A. McHale, Jr., P.A., Liquidation Trustee

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge James Ware]*

15
                UNITED STATES DISTRICT COURT
16
      FOR THE NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
17

18 | GERARD A. MCHALE, Jr., P.A., as        | Case No. CV 10-04864-JW
   | Liquidation Trustee for the 1031 Debtors |
19 | Liquidation Trust,                      |
   |                                         |
20 |         Plaintiff,                      |
   |                                         |
21 |     v.                                  |
   |                                         |
22 |                                         |
   | SILICON VALLEY LAW GROUP, a             |
23 | professional corporation,               |
   |                                         |
24 |         Defendant.                      |

25
26             STIPULATION AND ~~PROPOSED~~ ORDER

27        THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE AS
28 FOLLOWS:

---

McHale v. Silicon Valley Law Group
1189943.1

1. The date by which plaintiff Gerard A. McHale, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust (the "Trustee"), must file its brief in opposition to Defendant Silicon Valley Law Group's Motion of Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Summary Judgment Motion"), will be extended by one day to Saturday, October 29, 2011.

2. The date by which Defendant Silicon Valley Law Group must file its brief in opposition to the Trustee's Motion to File a First Amended Complaint (the "Motion to Amend") will be extended one day to Saturday, October 29, 2011.

3. The date by which the parties must file their respective replies to the Summary Judgment Motion and the Motion to Amend will be extended one day to November 8, 2011.

DATED: October 26, 2011

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP

By:   /s/ Michael S. Devorkin

Michael S. Devorkin, Esq. (*pro hac vice*)
Jacqueline G. Veit, Esq. (*pro hac vice*)
Attorneys for Plaintiff Gerard A. McHale, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust

DATED: October 26, 2011

LERCH STURMER LLP

By:   /s/ Debra Steel Sturmer

Jerome N. Lerch, Esq.
Debra Steel Sturmer, Esq.
Attorneys for Defendant Silicon Valley Law Group

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
Dated: October 27, 2011

_____
HON. JAMES WARE

McHale v. Silicon Valley Law Group
1189943.1