JEROME N. LERCH (CSB #48194)
DEBRA STEEL STURMER (CSB #105276)
LERCH STURMER LLP
333 Bush Street, Ste. 2020
San Francisco, California 94104
Telephone:   (415) 217-6340
Facsimile:    (415) 217-2782

Attorneys for Defendant Silicon Valley Law Group

MICHAEL S. DEVORKIN (*pro hac vice*)
JACQUELINE G. VEIT (*pro hac vice*)
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York  10022
Telephone: 212-907-7300
Facsimile:   212-754-0330
Email: mdevorkin@golenbock.com
Email: jveit@golenbock.com

Attorneys for the Plaintiff,
Gerard A. McHale, Jr., P.A., Liquidation Trustee

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| GERARD A. MCHALE, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust,<br><br>               Plaintiff,<br><br>     v.<br><br>SILICON VALLEY LAW GROUP, a professional corporation,<br><br>               Defendant. | Case No. CV 10-04864-JW |

STIPULATION AND ~~PROPOSED~~ ORDER

THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

McHale v. Silicon Valley Law Group
1189943.1

1. The date by which plaintiff Gerard A. McHale, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust (the "Trustee"), must file its brief in opposition to Defendant Silicon Valley Law Group's Motion of Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Summary Judgment Motion"), will be extended by one day to Saturday, October 29, 2011.

2. The date by which Defendant Silicon Valley Law Group must file its brief in opposition to the Trustee's Motion to File a First Amended Complaint (the "Motion to Amend") will be extended one day to Saturday, October 29, 2011.

3. The date by which the parties must file their respective replies to the Summary Judgment Motion and the Motion to Amend will be extended one day to November 8, 2011.

DATED: October 26, 2011

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP

By: /s/ Michael S. Devorkin

Michael S. Devorkin, Esq. (*pro hac vice*)
Jacqueline G. Veit, Esq. (*pro hac vice*)
Attorneys for Plaintiff Gerard A. McHale, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust

DATED: October 26, 2011

LERCH STURMER LLP

By: /s/ Debra Steel Sturmer

Jerome N. Lerch, Esq.
Debra Steel Sturmer, Esq.
Attorneys for Defendant Silicon Valley Law Group

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: October 27, 2011

_____
HON. JAMES WARE