MICHAEL S. DEVORKIN (*pro hac vice*)
JACQUELINE G. VEIT (*pro hac vice*)
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
Telephone: (212) 907-7300
Facsimile: (212) 754-0330
Email: mdevorkin@golenbock.com
Email: jveit@golenbock.com

Attorneys for the Plaintiff,
Gerard A. McHale, Jr., P.A., Liquidation Trustee

JEROME N. LERCH (CSB #48194)
DEBRA STEEL STURMER (CSB #105276)
LERCH STURMER LLP
333 Bush Street, Ste. 2020
San Francisco, California 94104
Telephone: (415) 217-6340
Facsimile: (415) 217-2782
Email: jlerch@lerchsturmer.com
Email: dsturmer@lerchsturmer.com

Attorneys for Defendant Silicon Valley Law Group

**CHAMBERS COPY**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA -

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERARD A. MCHALE, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>SILICON VALLEY LAW GROUP, a California Law Corporation,<br>Defendant. | CASE NO. CV10-4864 ~~(FS)~~ (JCS)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY THE CASE MANAGEMENT AND PRETRIAL ORDER, DATED SEPTEMBER 5, 2012** |

1

1613321.1

**THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

The Court's Order entered September 5, 2012 ("Order"), is hereby modified to the extent set forth below:

    (i)    Trial Date – April 1, 2013 – [not modified; same as Order § I]

    (ii)    Final Pretrial Conference – March 15, 2013 [same as Order § II]

    (iii)    Section III of the Order shall remain unchanged, except for the following modifications:

        (a)    Hearing on *In Limine* Motions (Order § III (A)(5)) and on disputed items of testimony (Order § III (T)) and exhibits (Order § III (V)) – Friday, January 25, 2013

        (b)    File objections to exhibits and designations – December 19, 2012

        (c)    Parties' Oppositions to Other Side's Motions *In Limine* (Order § III (A)(5)) – December 19, 2012

        (d)    File Parties' *In Limine* Motions (Order § III (A)(5)) – November 19, 2012

1613321.1

1 | DATED: September 25, 2012 | GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

By: /s/ Michael Devorkin

Michael S. Devorkin, Esq. (*pro hac vice*)
Jacqueline G. Veit, Esq. (*pro hac vice*)
Attorneys for Plaintiff Gerard A. McHale, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust

DATED: September 25, 2012 | LERCH STURMER LLP

By: /s/ Debra Steel Sturmer

Jerome N. Lerch, Esq.
Debra Steel Sturmer, Esq.
Attorneys for Defendant Silicon Valley Law Group

**IT IS SO ORDERED.**

/s/ Joseph C. Spero
HON. JOSEPH C. SPERO

Dated: 9/26/12

1613321.1

3