MICHAEL S. DEVORKIN (*pro hac vice*)
JACQUELINE G. VEIT (*pro hac vice*)
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
Telephone: 212-907-7300
Facsimile: 212-754-0330
Email: mdevorkin@golenbock.com
Email: jveit@golenbock.com

Attorneys for the Plaintiff,
Gerard A. McHale, Jr., P.A., Liquidation Trustee


JEROME N. LERCH (CSB #48194)
DEBRA STEEL STURMER (CSB #105276)
LERCH STURMER LLP
333 Bush Street, Ste. 2020
San Francisco, California 94104
Telephone: (415) 217-6340
Facsimile: (415) 217-2782

Attorneys for Defendant Silicon Valley Law Group

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| GERARD A. MCHALE, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>SILICON VALLEY LAW GROUP, a professional corporation,<br><br>Defendant. | Case No. CV 10-04864-JCS |

## STIPULATED ORDER

Subject to approval of the Court, the parties hereby stipulate and agree as follows:

McHale v. Silicon Valley Law Group
*1653528.2*

1653844.1

1.     Defendant may file a motion for partial summary judgment on the proper measure of plaintiff's damages (as provided in the order of Judge Ware, p. 14, entered December 11, 2011, Dkt. 76), in accordance with the schedule set forth for *in limine* motions in the Order dated September 26, 2012 (the "September Order"). The briefs in support of and in opposition to this motion may be up to twelve (12) pages in length. No reply papers may be submitted. This motion will be heard at the hearing currently scheduled on January 25, 2013.

2.     The briefs in support of and in opposition to Plaintiff's motion *in limine* concerning defendant's unclean hands and *in pari delicto* defenses may be up to twelve (12) pages in length. No reply papers may be submitted.

3.     Nothing in this Stipulated Order otherwise alters the September Order.

DATED: November 16, 2012

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP

By: /s/ Michael S. Devorkin

Michael S. Devorkin, Esq. (*pro hac vice*)
Jacqueline G. Veit, Esq. (*pro hac vice*)

*Attorneys for Plaintiff Gerard A. McHale, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust*

DATED: November 16, 2012

LERCH STURMER LLP

By: /s/ Debra Steel Sturmer

Jerome N. Lerch, Esq.
Debra Steel Sturmer, Esq.

Dated: 11/16/12

*Attorneys for Defendant Silicon Valley Law Group*

IT IS SO ORDERED.

_____
HON. JOSEPH C. SPERO

McHale v. Silicon Valley Law Group
1653528.2

1653844.1