MICHAEL S. DEVORKIN (*pro hac vice*)
JACQUELINE G. VEIT (*pro hac vice*)
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
Telephone: (212) 907-7300
Facsimile: (212) 754-0330
Email: mdevorkin@golenbock.com
Email: jveit@golenbock.com

Attorneys for the Plaintiff,
Gerard A. McHale, Jr., P.A., Liquidation Trustee

JEROME N. LERCH (CSB #48194)
DEBRA STEEL STURMER (CSB #105276)
LERCH STURMER LLP
333 Bush Street, Ste. 2020
San Francisco, California 94104
Telephone: (415) 217-6340
Facsimile: (415) 217-2782
Email: jlerch@lerchsturmer.com
Email: dsturmer@lerchsturmer.com

Attorneys for Defendant Silicon Valley Law Group

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA -

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERARD A. MCHALE, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>SILICON VALLEY LAW GROUP, a California Law Corporation,<br><br>Defendant. | **CASE NO. CV10-4864 (JCS)**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO FURTHER MODIFY THE CASE MANAGEMENT AND PRETRIAL ORDER, DATED SEPTEMBER 5, 2012** |

WHEREAS, the final Pretrial Conference is scheduled for March 15, 2013; and

1657161.1

WHEREAS, the Court's Order entered September 5, 2012 ("Order"), required the parties to file objections to: (i) exhibits not less than ten days before the Pretrial Conference (March 5, 2013) (Order § III(B)), and (ii) designations at least ten calendar days before the Pretrial Conference (March 5, 2013) (Order § III(T)(3)); and

WHEREAS, pursuant to a stipulation to modify the Order, entered into between the parties on September 25, 2012 and so ordered by the Court on September 26, 2012, the parties agreed to shorten the deadlines to file objections to exhibits and designations to December 19, 2012; and

WHEREAS, Parties' Oppositions to Other Side's Motions *In Limine* and Defendant's motion for partial summary judgment are due on December 19, 2012, (*See* September 25, 2012 and November 16, 2012 orders); and

WHEREAS, a hearing on *in limine* motions, disputed items of testimony and exhibits, is scheduled for January 25, 2013; and

WHEREAS, given the upcoming holidays and the deadlines for the opposition papers to the pending motions, the parties agree that they will not have sufficient time to complete and file their respective objections to exhibits and designations by the revised earlier December 19, 2012, deadline, and agree to extend that deadline but still leave sufficient time before the January 25, 2013, hearing.

The undersigned parties hereby agree to further modify the Order and extend the deadline to file objections to exhibits and designations from December 19, 2012, to January 15, 2013, which is ten days before the January 25, 2013 hearing.

DATED: November 21, 2012

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

By: /s/ Michael Devorkin

Michael S. Devorkin, Esq. (*pro hac vice*)
Jacqueline G. Veit, Esq. (*pro hac vice*)
Attorneys for Plaintiff Gerard A. McHale, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust

DATED: November 21, 2012

LERCH STURMER LLP

By: /s/ Debra Steel Sturmer

Jerome N. Lerch, Esq.
Debra Steel Sturmer, Esq.
Attorneys for Defendant Silicon Valley Law Group

**IT IS SO ORDERED.**

Dated: 11/30/12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Joseph C. Spero

HON

1657161.1