**GOLENBOCK EISEMAN**
**ASSOR BELL & PESKOE** LLP

Attorneys at Law | 437 Madison Ave., New York, NY 10022-7020
T (212) 907-7300 | F (212) 754-0330 | www.golenbock.com

DIRECT DIAL NO.: (212) 907-7348
DIRECT FAX NO.: (212) 754-0330
EMAIL ADDRESS: MDEVORKIN@GOLENBOCK.COM

February 15, 2013

**E-FILED, VIA EMail**

Magistrate Judge Joseph C. Spero
United States District Court for the
 Northern District of California
San Francisco Courthouse
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94110

Re:   *McHale v. Silicon Valley Law Group ("SVLG")*, Case No. C 10-04864 (JCS)

Dear Judge Spero:

We represent the plaintiff in the above-referenced matter. We write on behalf of plaintiff and defendant to jointly make the following request concerning the proposed pretrial order and other papers due February 22, 2013. We will e-file and email the papers on February 22 as your Scheduling Order requires, but we request permission to deliver the two binders with the hard copies to chambers first thing in the morning on Monday, February 25.

Thank you for your consideration of this request.

Dated: 2/19/13

IT IS SO ORDERED
Judge Joseph C. Spero

Respectfully,

Michael S. Devorkin

cc:   Clerk of the Court (via email)
      Debra Sturmer, Esq. (counsel for defendant, via email)