**GOLENBOCK EISEMAN**
**ASSOR BELL & PESKOE**LLP

Attorneys at Law I 437 Madison Ave., New York, NY 10022-7020
T (212) 907-7300 I F (212) 754-0330 I www.golenbock.com

DIRECT DIAL NO.: (212) 907-7348
DIRECT FAX NO.: (212) 754-0330
EMAIL ADDRESS: MDEVORKIN@GOLENBOCK.COM

March 20, 2013

**E-FILED, VIA EMAIL**

Magistrate Judge Joseph C. Spero
United States District Court for the
 Northern District of California
San Francisco Courthouse
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94110

Re:   *McHale v. Silicon Valley Law Group*, Case No. C 10-04864 (JCS)

Dear Judge Spero:

As directed by the Court, I am writing on behalf of the plaintiff and the defendant in the above-referenced matter to set forth our joint proposed schedule for certain matters, including those referenced in my March 18, 2013, letter

| Date | Matter |
|---|---|
| April 11 | Deposition of Mr. Lubin in San Francisco, starting at 8:30 a.m. if by videoconference and by 9:30 if counsel for the plaintiff is present in San Francisco |
| April 16 | Parties to complete meet and confer on and before this date concerning revisions to jury instruction (except for damages instructions), and to submit revised instructions and briefs thereon by May 6. Parties to meet and confer re damages instructions and submit to Court on a date to be agreed after Court makes any further rulings on Mr. Burr and damages. |
| April 29 | Plaintiff's brief on Burr/damages. |
| May 6 | Defendant's brief on Burr/damages. |
| May 6 | Parties to submit revised jury instructions and briefs thereon. |
| May 6 | Parties to exchange any withdrawals of objections to other side's deposition designations. |

**GOLENBOCK EISEMAN**
**ASSOR BELL & PESKOE** LLP

Magistrate Judge Joseph C. Spero
March 20, 2013
Page 2

| | | |
|---|---|---|
| May 24 | Parties to submit respective revised binders of deposition designations. |
| May 24 | Plaintiff's brief, if any, directed to testimony of Mr. Lubin. |
| May 24 | Defendant's brief in response to any plaintiff's brief directed to testimony of Mr. Lubin. |

Thank you for your consideration.

Respectfully,

Michael S. Devorkin

cc: Clerk of the Court (Via email)
Debra Sturmer, Esq. (counsel for defendant, via email)
Jerome Lerch, Esq. (counsel for defendant, via email)
Jacqueline Veit, Esq.

Dated: 3/21/13



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1739469.1