**GOLENBOCK EISEMAN
ASSOR BELL & PESKOE**LLP

Attorneys at Law I 437 Madison Ave., New York, NY 10022-7020
T (212) 907-7300 I F (212) 754-0330 I www.golenbock.com

*DIRECT DIAL NO.: (212) 907-7348
DIRECT FAX NO.: (212) 754-0330
EMAIL ADDRESS: MDEVORKIN@GOLENBOCK.COM*

April 19, 2013

**E-FILED, VIA EMAIL**

Magistrate Judge Joseph C. Spero
United States District Court for the
 Northern District of California
San Francisco Courthouse
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94110

Re:  *McHale  v. Silicon Valley Law Group,* Case No. C 10-04864 (JCS)

Dear Judge Spero:

I am writing on behalf of the plaintiff and the defendant in the above-referenced matter to request the following partial revision to the briefing dates in my March 20, 2013, letter, which the Court so ordered on March 21.  Both counsel for defendant SVLG are actively engaged in separate trials, and in view thereof, this revised schedule is more manageable to both sides.

| | |
|---|---|
| May 10 | Parties to complete meet and confer before this date concerning consensual revisions to jury instruction (except for damages instructions), and to submit revised instructions and briefs thereon by May 24 (prior date was May 6; May 24 is same date as deposition binders and any Lubin brief are due). |
| May 13 | Plaintiff's brief on Burr/damages (previous date was April 29). |
| May 20 | Defendant's brief on Burr/damages  (previous date was May 6). |

.9

**GOLENBOCK EISEMAN**
**ASSOR BELL & PESKOE** LLP

Magistrate Judge Joseph C. Spero
April 19, 2013
Page 2


     All other dates and provisions of the Court's March 21, 2013, Order shall remain unchanged.  Thank you for your consideration.  Of course, we are available if there are any questions.

                                  Respectfully,

                                    Michael S. Devorkin

cc:   Clerk of the Court (Via email)
      Debra Sturmer, Esq. (counsel for defendant, via email)
      Jerome Lerch, Esq. (counsel for defendant, via email)
      Jacqueline Veit, Esq.

Dated: 4/22/13



IT IS SO ORDERED
Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1739469.2