UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GERARD A MCHALE, | |
|---|---|
| Plaintiff, | Case No. 10-cv-04864-JCS |
| v. | **ORDER SETTING HEARING RE MEASURE OF DAMAGES** |
| SILICON VALLEY LAW GROUP, | **Dkt. Nos. 162, 165** |
| Defendant. | |

The hearing on the measure of damages is hereby scheduled for June 14, 2013, at 9:30 a.m.

IT IS SO ORDERED.

Dated: May 31, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge