1
2
3
4                       UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6
7   GERARD A MCHALE,                    Case No. 10-cv-04864-JCS
            Plaintiff,
8
        v.                              **ORDER SETTING HEARING RE
9                                       MEASURE OF DAMAGES**
    SILICON VALLEY LAW GROUP,
10                                      **Dkt. Nos. 162, 165**
            Defendant.
11
12
13      The hearing on the measure of damages is hereby scheduled for June 14, 2013, at 9:30 a.m.
14          IT IS SO ORDERED.
15  Dated: May 31, 2010
16
17                                                   _____
                                                     JOSEPH C. SPERO
18                                                   United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28