NILS ROSENQUEST [SB# 87661]
ROSENQUEST & ASSOCIATES
2720 Taylor Street, Suite 420
San Francisco, California  94133
Telephone:  415-292-0980
Facsimile:  415-292-0989
Email: rosenquest@earthlink.net

MICHAEL S. DEVORKIN
JACQUELINE G. VEIT
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
Telephone:  212-907-7300
Facsimile:   212-754-0330
Email: mdevorkin@golenbock.com
Email: jveit@golenbock.com

Attorneys for the Plaintiff,
Gerard A. McHale, Jr., P.A., Liquidation Trustee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| GERARD A. MCHALE, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust,<br><br>                    Plaintiff,<br><br>          v.<br><br>SILICON VALLEY LAW GROUP, a professional corporation,<br><br>                    Defendant. | Case No. CV 10-04864 (JCS)<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR ENTRY OF EQUIPMENT IN THE COURTROOM**<br><br>Trial Date:        August 26, 2013<br>Time:              8:30 AM<br>Courtroom:      D, 15th Floor<br>Honorable Joseph C. Spero |

Plaintiff Gerard A. McHale, Jr., Liquidation Trustee for the 1031 Debtors' Liquidation Trust, by its attorneys Golenbock Eiseman Assor Bell & Peskoe LLP, respectfully requests permission to bring the following equipment into the courthouse for use in Courtroom D, 15th floor during trial and/or for storage in Plaintiff's assigned breakout room, and entry of the proposed order filed herewith:

| | | | |
|---|---|---|---|
| 1. | 6 ViewSonic 17" flat panel monitors | 13. | 1 spare toner cartridge for laser printer/copier/scanner |
| 2. | 2 Altinex 2 X 1 out VGA switchers | 14. | 1 Linksys 16 port 10/100 Ethernet switch |
| 3. | 1 Altinex 1 x 6 out VGA distribution amplifier | 15. | 1 Wolfvision/Elmo document camera |
| 4. | 1 presentation station table 18" x 60" | 16. | 1-2 metal rack bookcases, either assembled or disassembled |
| 5. | 1 podium monitor stand 24" x 24" | 17. | 2-3 wooden bookcases, either assembled or disassembled |
| 6. | 2 audio systems with two speakers and one sub woof (one for each side) | 18. | Hand tools for furniture assembly |
| 7. | VGA, audio cabling, power strips and gaffer tape | 19. | 25-30 boxes containing trial documents |
| 8. | 4 laptop computers | | |
| 9. | 2 wireless PowerPoint clickers/laser pointers | | |
| 10. | 3 external hard drives | | |
| 11. | 1 laser printer/copier/scanner | | |
| 12. | 1 USB cable 6', 1 RJ45 Cat5e cable 15' | | |

Plaintiff further requests the Court's permission to enter Courtroom D and Plaintiff's assigned breakout room beginning at 8:30 a.m. on Thursday, August 22 in order to set up the above equipment, so that trial may begin promptly on Monday, August 26, 2013 at 8:30 a.m.

1    Dated:     August 7, 2013       Respectfully submitted,

2                        GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

3

4              By:        s/ Michael S. Devorkin

5                        Michael S. Devorkin, pro hac vice
                         Jacqueline G. Veit, pro hac vice

6

7                        Attorneys for Plaintiff Gerard A. McHale Jr., P.A. as Liquidation Trustee for the 1031 Debtors Liquidation Trust

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION FOR ENTRY OF
EQUIPMENT IN THE COURTROOM
10-CV-4864 (JCS)