**United States District Court**
For the Northern District of California

1
2
3
4              UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6    GERARD A. MCHALE JR.,                    Case No.  3:10-cv-04864 JCS
7              Plaintiff(s),
                                             **ORDER TO FURNISH DAILY**
8         v.                                 **REFRESHMENTS**
9    SILICON VALLEY LAW GROUP,
10             Defendant(s).
     _____/
11
12        IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning
13   refreshments and pastries for the ten (10) members of the jury in the above-entitled matter beginning
14   **August 27, 2013**, **at 7:30 a.m.**, for the duration of the trial, and lunch during jury deliberations, at
15   the expense of the United States. The trial will be held in Courtroom D, 15th Floor, 450 Golden Gate
16   Avenue, San Francisco, CA  94102
17        IT IS SO ORDERED.
18
19   Dated:  August 14, 2013                  _____
20                                            JOSEPH C. SPERO
21                                            United States Magistrate Judge
22
23
24
25
26
27
28