**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERARD A. MCHALE JR.,

        Plaintiff(s),

    v.

SILICON VALLEY LAW GROUP,

        Defendant(s).
_____/

Case No.  3:10-cv-04864 JCS

**ORDER TO FURNISH DAILY
REFRESHMENTS**

    IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the ten (10) members of the jury in the above-entitled matter beginning **August 27, 2013**, **at 7:30 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

    IT IS SO ORDERED.

Dated:  August 14, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge