United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD A. MCHALE, Jr., P.A., as Liquidation Trustee for the 1031 Debtors Liquidation Trust,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SILICON VALLEY LAW GROUP, a California Law Corporation,<br><br>　　　　　　Defendant. | No. CV10-4864 JCS<br><br>ORDER TO PAY ADDITIONAL ATTENDANCE FEE |

In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than ten (10) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the $40.00 attendance fee, for each day in excess of ten (10) days on which the juror is required to hear such case.

Therefore, IT IS HEREBY ORDERED that each member of the jury hearing the above case shall receive a total attendance fee of $50.00 per day for each day of service in excess of ten (10) days.

Dated: September 11, 2013

Joseph C. Spero
United States Magistrate Judge