# Lerch Sturmer LLP
**Attorneys and Counselors at Law**

425 California St., Ste. 2400, San Francisco, CA 94104  Ph: (415) 217-6342 Fax: (415) 217-2782
E-mail: dsturmer@lerchsturmer.com

September 27, 2013

Magistrate Judge Joseph C. Spero                                    **E-FILED & U.S. MAIL**
United States District Court
Northern District of California
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94110

Re:     McHale v. Silicon Valley Law Group
        Action No.: CV 10-04864 JCS

Dear Judge Spero:

I write this letter on behalf of both Lerch Sturmer's client, defendant Silicon Valley Law Group, and the Golenbock firm's client, plaintiff Gerard A. McHale, P.A., to request a brief extension of time for the parties to submit to the Court their proposed schedule for the submission of post-trial motions and their position on whether the Court will be asked to rule on the unclean hands defense.  Silicon Valley Law Group has started a dialogue with the Trustee regarding the consideration of alternatives to further litigation.  The Trustee needs time to speak with its counsel and advisory board.  Therefore, additional time is requested to allow the parties to give consideration to a course of action that would be an alternative to further litigation.  To this end, the parties respectfully request that the September 28, 2013 deadline to submit a proposed schedule for post-trial motions be extended until October 8, 2013, and that the time for filing post-trial motions, if necessary,  be continued until the Court sets such a date after hearing from us on October 8, 2013

Dated: 9/27/13



IT IS SO ORDERED
Judge Joseph C. Spero

Respectfully submitted,

LERCH STURMER LLP

/s/
Debra Steel Sturmer