# Lerch Sturmer LLP
**Attorneys and Counselors at Law**

425 California St., Ste. 2400, San Francisco, CA 94104  Ph: (415) 217-6341 Fax: (415) 217-2782
E-mail: jlerch@lerchsturmer.com

October 8, 2013

Magistrate Judge Joseph C. Spero                                    **E-FILED & U.S. MAIL**
United States District Court
Northern District of California
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94110

        Re:    McHale v. Silicon Valley Law Group
                  Action No.: CV 10-04864 JCS

Dear Judge Spero:

      We write pursuant to our letter of September 27, 2013 (Doc. 272).  On October 4, 2013, the parties participated in an initial post trial confidential conference to determine if this dispute can be resolved without further litigation.  Both parties concluded that sufficient progress was made during this conference to enable both sides to proceed further to continue efforts to resolve the case.  However, both sides need further time to assess the positions of the parties and confer with their clients.  Both sides therefore request the Court to continue the date for filing a scheduling for the post-trial motions to October 30, 2013 while efforts continue to resolve this dispute without further litigation.

Dated: 10/9/13                                                                         Respectfully submitted,

                                                                        LERCH STURMER LLP

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]

                                                                        /s/
                                                                    Jerome N. Lerch