# Lerch Sturmer LLP
**Attorneys and Counselors at Law**

425 California St., Ste. 2400, San Francisco, CA 94104  Ph: (415) 217-6341 Fax: (415) 217-2782
E-mail: jlerch@lerchsturmer.com

October 30, 2013

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94110

      Re:    McHale v. Silicon Valley Law Group
             Action No.:  CV 10-04864 JCS

Dear Judge Spero:

    We write pursuant to our letter of October 8, 2013.  Both sides to this dispute have been engaged in confidential settlement discussions, and the issues separating the parties from resolving this case are being narrowed.   All parties desire to have this matter resolved without further litigation.  Although progress is being made to reach this goal, both sides do need further time to hopefully bring this matter to a resolution without the necessity to engage in further litigation.

    Both sides therefore request the Court to continue the date for filing a scheduling for the post-trial motions to November 15, 2013.

    We thank the Court for its understanding and patience during this process.

Dated: 11/1/13

IT IS SO ORDERED
Judge Joseph C. Spero

Respectfully submitted,

LERCH STURMER LLP

/s /
Jerome N. Lerch

cc:  Michael Devorkin, Esq.