# Lerch Sturmer LLP
**Attorneys and Counselors at Law**

425 California St., Ste. 2400, San Francisco, CA 94104  Ph: (415) 217-6341 Fax: (415) 217-2782
E-mail: jlerch@lerchsturmer.com

November 14, 2013

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94110

      Re:    McHale v. Silicon Valley Law Group
               Action No.:  CV 10-04864 JCS

Dear Judge Spero:

      We write this letter jointly on behalf of the Trustee and Silicon Valley Law Group.  We are pleased to advise that the parties have reached an agreement in principle to resolve all phases of this matter on a confidential basis.  Agreements to consummate the settlement are now being drafted, and we anticipate that after those documents are executed, a stipulated judgment will be submitted to the Court in the near future.

      We are attempting to have settlement documents executed by the end of this month.  Accordingly, we request that the Court grant one more 15 day extension for submitting a proposed schedule for post-trial motions to allow time for execution of the settlement documents and submission to the Court of pleadings that will close this case in the United States District Court.

      On behalf of both parties, we thank the Court for its work and guidance throughout the Case.

Dated: 11/18/13

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                                                     Respectfully submitted,

                                                     LERCH STURMER LLP

                                                           /s /
                                                   Jerome N. Lerch

cc:  Michael Devorkin, Esq.