UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD A MCHALE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SILICON VALLEY LAW GROUP,<br><br>　　　　Defendant. | Case No.   10-cv-04864-JCS<br><br>**ORDER DENYING MOTION FOR SEEKING LEAVE TO FILE AMICUS CURIAE**<br><br>Re: Dkt. No. 282 |

IT IS HEREBY ORDERED that Edward Okun's Motion for Seeking Leave to File Amicus Curiae is DENIED.

**IT IS SO ORDERED**.

Dated: December 6, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge